PS 8D
(05/08)

June 18, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant for Defendant on Pretrial Release

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Name of Defendant:** Aguilar-Orozco, Monica (English)        **Dkt No.:** 08MJ8477-001

**Reg. No.:** 06365-298

**Name of Judicial Officer:** The Honorable Peter C. Lewis, U.S. Magistrate Judge

**Next Court Date:** June 26, 2008

**Charged Offense:** Importation of a Controlled Substance (12.08 kg. of marijuana)

**Date Conditions Ordered:** May 28, 2008

**Conditions of Release:** not commit a federal, state, or local crime during the period of release; make all court appearance; restrict travel to the Southern District of California; not to enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment, schooling, or combination of both.

**Date Released on Bond:** June 10, 2008

**Asst. U.S. Atty.:** John F. Weis                              **Defense Counsel:** Charles H. Adair (Appointed)
(760) 370-0893                                                  (619) 233-3164

**Prior Violation History:** None

Aguilar-Orozco, Monica  
Dkt No.: 08MJ8477-001

June 18, 2008  
Page 2

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Standard Condition)** Report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer. | 1. The defendant failed to report to Pretrial Services upon her release from custody and her current whereabouts are unknown. |

***Grounds for Revocation:*** On May 28, 2008, the defendant appeared before your Honor for arraignment on the complaint and she was ordered to report to the Pretrial Services Agency for supervision. The defendant failed to report to Pretrial Services for supervision upon release from custody and her whereabouts are unknown.

## SUPERVISION ADJUSTMENT

Criminal computerized record checks reveal no new arrests. The defendant has not reported to Pretrial Services since her release from custody and her current whereabouts are unknown. Therefore, Pretrial Services views the defendant's supervision adjustment as poor.

## RECOMMENDATION/JUSTIFICATION

On June 12, 2008, the undersigned called the defendant's reported residence and left a message with Elizabeth Lopez (boyfriend's niece) for the defendant to report to the office. On June 17, 2008, Gabriella Juarez (surety) contacted the undersigned and indicated she has not been able to get a hold of the defendant, and she believes the defendant may be in Mexico with her boyfriend.

Pretrial Services also contacted defense counsel, Charles H. Adair, and he stated he has not spoken to the defendant since her release from custody. Mr. Adair indicated he would attempt to contact the defendant and advise her to report to Pretrial Services. As of this writing, the defendant has not reported to Pretrial Services.

Considering the defendant failed to report to Pretrial Services as ordered by the Court and her current whereabouts are unknown, Pretrial Services is requesting your Honor order a no-bail bench warrant for the defendant's arrest so she can be brought before the Court and show cause why her bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 6/18/08

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _Yolanda German_
Yolanda German
U.S. Pretrial Services Officer
(760) 482-2872
Place: El Centro, California

Reviewed and approved:

_Carlos Gutierrez_
Carlos Gutiérrez
Supervising U.S. Pretrial Services Officer

Aguilar-Orozco, Monica                                                                June 18, 2008
Dkt No.: 08MJ8477-001                                                                       Page 4

**THE COURT ORDERS:**

___✓___   AGREE, ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST SO SHE CAN BE BROUGHT BEFORE THE COURT AND SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.

_____   Other _____

_____                    June 18, 2008
United States Magistrate Judge Peter C. Lewis                    Date