FILED
08 JUN 25 PM 4:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 2109 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MONICA AGUILAR-OROZCO, Defendant. | Criminal Case No. ____ |
| | I N D I C T M E N T |
| | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about May 27, 2008, within the Southern District of California, defendant MONICA AGUILAR-OROZCO did knowingly and intentionally import approximately 12.08 kilograms (approximately 26.58 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

MIP:fer:Imperial
6/20/08

Count 2

On or about May 27, 2008, within the Southern District of California, defendant MONICA AGUILAR-OROZCO did knowingly and intentionally possess, with intent to distribute, approximately 12.08 kilograms (approximately 26.58 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 25, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
MICHELLE M. PETTIT
Assistant U.S. Attorney